FILED
August 7, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSE AVILIO VASQUEZ,<br><br>Defendant. | Case No. 2:18-MJ-00142-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE AVILIO VASQUEZ</u>, Case No. <u>2:18-MJ-00142-DB</u>, Charge <u>18 USC § 922(g)</u>(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>25,000.00</u>

        ✔   Unsecured Appearance Bond

        ✔   (Other)   <u>Defendant is ordered released to the custody of Pretrial Services on 8/23/2018 at 9:00 AM for placement in a residential treatment facility with pretrial supervison and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 7, 2018</u> at <u>2:55</u> <u>pm</u>.

By _____
Deborah Barnes
United States Magistrate Judge