IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:18-CR-0162-GEB |
| Plaintiff, | ) | **O R D E R** |
| | ) | **TO FILE UNDER SEAL** |
| vs. | ) | **DEFENDANT'S UNREDACTED SENTENCING** |
| | ) | **MEMORANDUM – FAMILY TIES AND** |
| JOSE VASQUEZ, | ) | **RESPONSIBILITIES** |
| Defendant. | ) | Sentencing Hearing |
| | ) | 9/20/19 at 9:00 am |
| | ) | The Honorable Garland E. Burrell, Jr. |

Upon Defendant JOSE VASQUEZ's motion and good cause appearing,

IT IS HEREBY ORDERED THAT the Clerk of the Court file **under seal** his unredacted version of Docket 41, *Sentencing Memorandum – Family Ties and Responsibilities* pursuant to Fed.R.Crim.Proc. 49.1, Local Rule 140(a).

Dated:  September 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

*U.S. v. Jose Vasquez*     1     Order to File Under Seal Defendant's Unredacted Sentencing Memorandum – Family Ties and Responsibilities